COMMONWEALTH of Pennsylvania, Petitioner

v.

Andre RIVERA, Respondent

No. 70 MAL 2017

Supreme Court of Pennsylvania.

July 27, 2017

### ORDER

PER CURIAM

AND NOW, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Ann Louise GRUBER, Petitioner

No. 89 MAL 2017

Supreme Court of Pennsylvania.

July 27, 2017

### ORDER

PER CURIAM

AND NOW, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

Shelly K. JOHNSTON, Petitioner

v.

No. 60 MAL 2017

Supreme Court of Pennsylvania.

July 27, 2017

### ORDER

PER CURIAM

AND NOW, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**